UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAUREN IVISON,                              )
                                           )
          Plaintiff,                        )
                                           )          CIVIL ACTION NO.
     v.                                     )          23-11169-BEM
                                           )
NEW ENGLAND CRYOGENIC CENTER INC.,          )
                                           )
          Defendant.                        )

**FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #72) issued on July 31, 2025, granting the

Defendant's Motion for Summary Judgment, it is hereby ORDERED:

Judgment for the Defendant against the Plaintiff.

BY THE COURT,

*/s/ Barbara I. Beatty*

Deputy Clerk

DATED:   July 31, 2025